**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-7535**

STEPHEN SHIRLEY,

                                        Plaintiff - Appellant,

        versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; H.A.
LANGSTON, JR.,

                                        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Cameron McGowan Currie, District
Judge.  (CA-03-1630-22BD)

Submitted:  January 13, 2005          Decided:  January 20, 2005

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen Shirley, Appellant Pro Se. Steven Michael Pruitt, Robert W.
Cone, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephen Shirley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Shirley v. Langston, No. 03-1630-22BD (D.S.C., filed Aug. 25, 2004 & entered Aug. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED